**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANIE HARROD and JOSH WHITTINGTON,<br><br>        Plaintiffs<br><br>v.<br><br>DURICK TOWING & RECOVERY, et al.,<br><br>        Defendants | Case No.: 3:25-cv-00637-MMD-CSD<br><br>**Order** |

On January 22, 2025, the court granted Plaintiffs' application for leave to proceed in forma pauperis and dismissed their complaint without prejudice, with leave to amend. (ECF No. 5.) No amended complaint has been filed in this case, and the time for doing so has expired. However, the court is aware that on February 23, 2026, Plaintiffs did file a second complaint, against the same defendants based on the same underlying events, which was opened as a new case. (*See* Case No. 3:26-cv-00132-MMD-CSD). It is unclear whether Plaintiffs intended this second complaint to initiate an entirely new action or whether they intended it to be their amended complaint in this case.

Accordingly, if it was Plaintiffs' intention that the second complaint be the amended complaint for this case, Plaintiffs will have until **March 19, 2026**, to re-file the second complaint in this case, clearly labeled as an amended complaint and listing Case No. 3:25-cv-00637-MMD-CSD in the caption. Should Plaintiffs fail to do so, this court will issue a recommendation that this action be dismissed for failure to state a claim.

/ / /

/ / /

**IT IS SO ORDERED**.

Dated: February 27, 2026

_____

Craig S. Denney
United States Magistrate Judge