UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TIFFANIE HARROD, *et al.*, | Case No. 3:25-cv-00637-MMD-CSD |
| Plaintiffs, | ORDER |
| v. | |
| DURICK TOWING & RECOVERY, *et al.*, | |
| Defendants. | |

Pro se Plaintiffs Tiffanie Harrod and Josh Whittington filed their Complaint (ECF No. 1-2) alleging various claims against Durick Towing & Recovery and Jeremy Durik arising from the towing of their vehicle. The Court dismissed the Complaint without prejudice, with leave to amend, on January 22, 2026, for failure to state a claim. (ECF No. 5.) Before the Court is the Report and Recommendation (ECF No. 8 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court dismiss this action without prejudice. Plaintiffs had until April 14, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recommends dismissing the action because Plaintiffs failed to file an amended complaint in this case. Plaintiffs filed another complaint based on substantially the same allegations, which was opened in Case No. 3:26-cv-00132-MMD-CSD. The Court ordered Plaintiffs to file an amended complaint in this case, with this case number, on or before March 19,

2026, and advised Plaintiffs that if they failed to do so, the Court would recommend dismissal of the action for failure to state a claim. (ECF No. 7.) Plaintiffs have not filed an amended complaint in this action, nor have they objected to Judge Denney's R&R. (ECF No. 8 at 2-3.) The Court agrees with Judge Denney and will adopt Judge Denney's R&R in full.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 8) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

It is further ordered that the Clerk of Court enter judgment accordingly and close this case.

DATED THIS 24th Day of April 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE